OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs. When the facts of an occurrence are such that an insured acting in good faith would not reasonably believe that liability will result, notice of the occurrence is given "as soon as possible” if given promptly after the insured receives notice that a claim will in fact be made
 
 (see, Merchants Mut. Ins. Co. v Hoffman,
 
 56 NY2d 799). The record before us, which indicates that the injured party’s parents declined the insureds’ offer to pay medical expenses and indicated no intention to sue, supports the affirmed finding below that notice given by the insureds promptly after suit was instituted against them was given "as soon as possible,” notwithstanding that the action was not begun until nearly three years after the occurrence.
 

 Chief Judge Kaye and Judges Simons, Titone, Bellacosa, Smith, Levine and Ciparick concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, with costs, in a memorandum.